UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-34-D

| | | |
|---|---|---|
| U.S. BANK, N.A., as Trustee for Green Tree 2008-HEI, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER** |
| MARTHA LEWIS, ROY NEIL LEWIS, KELLY DIANE LEWIS, CLARA D. LEWIS, RUBY A. BAZEN, and DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the agreed motion of the United States and the Plaintiff to stay the discovery deadlines set forth in the Scheduling Order issued on May 11, 2018, by 60 days, to allow such parties to pursue settlement discussions.

Based upon a review of the Motion, and incorporating herein the reasons set forth in the Motion, the Motion is ALLOWED and the discovery deadlines set forth in the Scheduling Order issued on May 11, 2018, are stayed for 60 days. The United States and the Plaintiff are further ordered to submit a joint status report to the Court on or before the expiration of the 60 day stay.

SO ORDERED, this 19 day of July, 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE