UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-34-D

| | |
|---|---|
| U.S. BANK, N.A., as Trustee for Green Tree 2008-HEI,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MARTHA LEWIS, ROY NEIL LEWIS, )<br>KELLY DIANE LEWIS, CLARA D. )<br>LEWIS, RUBY A. BAZEN, and )<br>DEPARTMENT OF THE TREASURY, )<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendants.  ) | **ORDER** |

This matter is before the Court on the agreed motion of the United States and the Plaintiff to extend the stay of discovery deadlines set forth in the Scheduling Order issued on May 11, 2018, from 60 to 120 days, to allow such parties time to continue settlement discussions.

On July 19, 2018, the Court stayed the discovery deadlines in this case for 60 days. Based upon a review of the Motion, and incorporating the reasons set forth therein, the Motion is ALLOWED and the 60-day stay of discovery deadlines set forth in the Court's Order dated July 19, 2018 [D.E. 13] is extended to 120 days. The United States and the Plaintiff are further ordered to submit a joint status report to the Court on or before the expiration of the 120-day stay.

SO ORDERED, this 7 day of September, 2018.

JAMES C. DEVER III
Chief United States District Judge