UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-34-D

U.S. BANK, N.A., as Trustee for )
Green Tree 2008-HEI, )
 )
          Plaintiff, )
 )
v. )       **ORDER**
 )
 )
MARTHA LEWIS, ROY NEIL LEWIS, )
KELLY DIANE LEWIS, CLARA D. )
LEWIS, RUBY A. BAZEN, and )
DEPARTMENT OF THE TREASURY, )
INTERNAL REVENUE SERVICE, )
 )
          Defendants. )

This matter is before the Court on the agreed motion of the United States and the Plaintiff to extend the stay of discovery deadlines set forth in the Court's Order dated September 7, 2018, from 120 to 210 days, to allow such parties time to finalize and execute settlement documents.

On July 19, 2018, the Court stayed the discovery deadlines set forth in the Scheduling Order issued May 11, 2018, for 60 days. On September 7, 2018, the Court extended the stay from 60 to 120 days. Based upon a review of the Motion, and incorporating the reasons set forth therein, the Motion is ALLOWED and the 120-day stay of discovery deadlines set forth in the Court's Order dated September 7, 2018 [D.E. 15] is extended to 210 days. The United States and the Plaintiff are further ordered to submit a joint status report to the Court on or before the expiration of the 210-day stay.

SO ORDERED. This 20 day of November 2018.

                              _____
                              JAMES C. DEVER III
                              United States District Judge